# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LEAH DEANNE BOUTWELL, | : |
| Plaintiff, | : |
| vs. | :    CA 15-00577-C |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 14th day of March 2017.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**